MERRILL SCHNEIDER, OSB # 77336
merrillschneider@schneiderlaw.com
Schneider Law Offices
14415 SE Stark St.
Portland, OR 97233-2153
(503) 255-9092
fax (503) 255-9145
Attorney for Lonnie Daniels

FILED'05 OCT 31 14:14USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

LONNIE DANIELS ,

    Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

CV 05-126-HO

ORDER FOR EAJA FEES
AND COSTS

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5378.50 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and costs of $150 are allowed. No other costs or expenses are awarded.

DATED this 31st day of Oct., 2005.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

Presented by:

s/ Merrill Schneider
Merrill Schneider    OSB# 77336
503-255-9092
Attorney for Plaintiff

Page 1   ORDER [05-126-HO]